JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Legacy Mortgage Asset Trust 2017-RPL2, its assignees and/or successors, by and through its servicing agent Rushmore Servicing

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Roy Alexander Russell, III,<br><br>　　　　Debtor(s). | ) Case No. 2:24-bk-19219-VZ<br>) <br>) Chapter 13<br>)<br>)<br>)<br>) **NOTICE OF HEARING TO RESTORE**<br>) **MOTION FOR RELIEF FROM THE**<br>) **AUTOMATIC STAY [Dkt. 36]**<br>)<br>)<br>) Date: 12/09/2025<br>) Time: 10:00AM<br>) Ctrm: 1368<br>) Place: 255 East Temple Street<br>)　　　　Los Angeles, CA 90012<br>)<br>)<br>)<br>) Judge: Vincent P. Zurzolo<br>)<br>)<br>) |

1

1  TO: THE DEBTOR(S), TRUSTEE, ATTORNEYS OF RECORD AND OTHER
2  INTERESTED PARTIES:
3
4  NOTICE IS HEREBY GIVEN that Legacy Mortgage Asset Trust 2017-RPL2, its
5  assignees and/or successors, by and through its servicing agent Rushmore Servicing will be
6  restoring its Motion for Relief from the Automatic Stay filed on 07/23/2025 as Docket No. 36 to
7  the Court's calendar for further consideration on 12/09/2025 at 10:00AM in Courtroom 1368
8  located at 255 E. Temple Street, Los Angeles CA 90012.
9  If you wish to oppose this Motion, you must file a written response to this Motion with
10 the Bankruptcy Court and serve a copy of it upon the Movant's attorney at the address set forth
11 above no less than 14 days before the above hearing and appear at the hearing of this Motion.
12 Failure of the responding party to timely file written opposition may be deemed a waiver
13 of any opposition to the granting of the motion.

16 Dated: 11/05/2025

Respectfully submitted,
McCarthy & Holthus, LLP

/s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Legacy Mortgage Asset Trust 2017-RPL2, its assignees and/or successors, by and through its servicing agent Rushmore Servicing

2

M&H File No. CA-24-180032

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING TO RESTORE MOTION FOR RELIEF FROM THE AUTOMATIC STAY [Dkt. 36]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/5/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Nancy K Curry (TR)
trustee13la@aol.com

**DEBTOR(S) COUNSEL**
Joshua Sternberg
js@sternberglawgroup.com

**US TRUSTEE**
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/5/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Roy Alexander Russell, III, 2657 East Avenue Q14, Palmdale, CA 93550

**JUDGE'S COPY**
The Honorable Judge Vincent P. Zurzolo, United States Bankruptcy Court - Los Angeles Division, 255 E. Temple Street, Suite 1360, Los Angeles, CA, 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/5/2025 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**