United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-19219-VZ |
| Roy Alexander Russell, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2025 | Form ID: van160 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roy Alexander Russell, III, 2657 East Avenue Q14, Palmdale, CA 93550-4996 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Nov 26 2025 06:04:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 26 2025 06:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Nov 26 2025 01:29:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Nov 26 2025 01:30:00 | Legacy Mortgage Asset Trust 2017-RPL2, c/o McCarthy & Holthus, LLP, 2763 Camino Del Rio South, Suite 100, San Diego, CA 92108-3708 |
| 42217731 | + | EDI: CAPITALONE.COM | Nov 26 2025 06:04:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 42228748 | | EDI: CAPITALONE.COM | Nov 26 2025 06:04:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42217732 | + | Email/Text: bankruptcy@credencerm.com | Nov 26 2025 01:31:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 42337624 | | EDI: CALTAX.COM | Nov 26 2025 06:04:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42217733 | + | EDI: CALTAX.COM | Nov 26 2025 06:04:00 | Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42217734 | + | EDI: IRS.COM | Nov 26 2025 06:04:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42293682 | | EDI: JEFFERSONCAP.COM | Nov 26 2025 06:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 42217735 | + | EDI: JEFFERSONCAP.COM | Nov 26 2025 06:04:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 42221531 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 01:39:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42282636 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 01:30:00 | Legacy Mortgage Asset Trust 2017-RPL2, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 42217736 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 2:24-bk-19219-VZ    Doc 45    Filed 11/27/25    Entered 11/27/25 21:23:41    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: van160 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 26 2025 01:52:48 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 42294812 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 01:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42217737 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 01:30:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 42221530 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 01:22:23 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42217738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 01:30:00 | Rushmore Loan Management Services, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 42276864 | + | Email/Text: bncmail@w-legal.com | Nov 26 2025 01:30:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Legacy Mortgage Asset Trust 2017-RPL2 bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Joshua Sternberg | on behalf of Debtor Roy Alexander Russell III js@sternberglawgroup.com, SternbergJR96851@notify.bestcase.com |
| Nancy K Curry (TR) | inquiries@trusteecurry.com TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van160−od13h
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Roy Alexander Russell III

**BANKRUPTCY NO.** 2:24−bk−19219−VZ

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−1356
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 11/25/25

**Address:**
2657 East Avenue Q14
Palmdale, CA 93550

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: November 25, 2025

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge

Form van160−od13h Rev. 06/2017

**44 / TJ**